# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States of America,

                  Plaintiff,

v.

Dennis James Swint,

                  Defendant.

_____/

Case: 2:26-cr-20143
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 3/17/2026
Description: IND USA V. SWINT (lh)

Hon.

Violations:
18 U.S.C. §§ 1546, 1344,
1028A

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### Fraud and Misuse of Visas, Permits, and Other Documents
### 18 U.S.C. § 1546

On or about May 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Dennis James Swint, did knowingly utter, use, and possess a document prescribed by statute or regulation for entry into the United States, that is, a United States passport card of VICTIM 1, which the defendant, Dennis James Swint, knew to be

1

forged, counterfeited, altered, or falsely made, in that the United States passport card contained a photograph of the defendant, Dennis James Swint, but the name and date of birth of VICTIM 1, in violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO
### Fraud and Misuse of Visas, Permits, and Other Documents
### 18 U.S.C. § 1546

On or about June 13, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Dennis James Swint, did knowingly utter, use, and possess a document prescribed by statute or regulation for entry into the United States, that is, a United States passport card of VICTIM 2, which the defendant, Dennis James Swint, knew to be forged, counterfeited, altered, or falsely made, in that the United States passport card contained a photograph of the defendant, Dennis James Swint, but the name and date of birth of VICTIM 2, in violation of Title 18, United States Code, Section 1546(a).

## COUNT THREE
### Fraud and Misuse of Visas, Permits, and Other Documents
### 18 U.S.C. § 1546

On or about June 13, 2023, in the Eastern District of Michigan,

Southern Division, the defendant, Dennis James Swint, did knowingly

utter, use, and possess a document prescribed by statute or regulation

for entry into the United States, that is, a United States passport card

of VICTIM 3, which the defendant, Dennis James Swint, knew to be

forged, counterfeited, altered, or falsely made, in that the United States

passport card contained a photograph of the defendant, Dennis James

Swint, but the name and date of birth of VICTIM 3, in violation of Title

18, United States Code, Section 1546(a).


## COUNT FOUR
### Financial Institution Fraud - 18 U.S.C. § 1344

On or about May 17, 2023, in the Eastern District of Michigan,

Southern Division, the defendant, Dennis James Swint, did knowingly

execute a scheme and artifice to obtain any of the moneys, funds,

credits, assets, securities, or other property owned by, or under the

3

custody of the Michigan Schools and Government Credit Union (MSGCU), a financial institution, as that term is defined in Title 18, United States Code, Section 20, with the intent to deceive and defraud MSGCU, by means of material false or fraudulent pretenses, representations and promises, by presenting a United States passport card with a photograph of the defendant, Dennis James Swint, and the date of birth and name of VICTIM 1, to withdraw $3,800 in cash from VICTIM's 1 bank account at MSGCU, in violation of Title 18, United States Code, Section 1344.

## COUNT FIVE
### Financial Institution Fraud - 18 U.S.C. § 1344

On or about June 13, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Dennis James Swint, did knowingly execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody of Dort Financial Credit Union (DFCU), a financial institution, as that term is defined in Title 18, United States Code, Section 20, with

4

the intent to deceive and defraud DFCU, by means of material false or fraudulent pretenses, representations and promises, by presenting a United States passport card with a photograph of the defendant, Dennis James Swint, and the name and date of birth of VICTIM 2 to withdraw $19,900 in cash from VICTIM 2's bank account at DFCU, in violation of Title 18, United States Code, Section 1344.

## COUNT SIX
### Financial Institution Fraud - 18 U.S.C. § 1344

On or about June 13, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Dennis James Swint, did knowingly execute a scheme and artifice to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody of State Bank, a financial institution, as that term is defined in Title 18, United States Code, Section 20, with the intent to deceive and defraud State Bank, by means of material false or fraudulent pretenses, representations and promises, by presenting a United States passport card with a photograph of the defendant, Dennis James Swint, and the

name and date of birth of VICTIM 3, to withdraw $7,200 in cash from VICTIM 3's bank account at State Bank, in violation of Title 18, United States Code, Section 1344.

## COUNT SEVEN
### Aggravated Identity Theft – 18 U.S.C. § 1028A

On or about May 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Dennis James Swint, did knowingly transfer, use and possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, financial institution fraud, in violation of Title 18, United States Code, Section 1344, and fraud and misuse of a U.S. passport card, in violation of Title 18, United States Code, Section 1546, knowing that the means of identification belonged to another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT EIGHT
### Aggravated Identity Theft – 18 U.S.C. § 1028A

On or about June 13, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Dennis James Swint, did knowingly transfer, use and possess, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, financial institution fraud, in violation of Title 18, United States Code, Section 1344, and fraud and misuse of a U.S. passport card, in violation of Title 18, United States Code, Section 1546, knowing that the means of identification belonged to another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT NINE
### Aggravated Identity Theft – 18 U.S.C. § 1028A

On or about June 13, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Dennis James Swint, did knowingly transfer, use and possess, without lawful authority, a means of

identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, financial institution fraud, in violation of Title 18, United States Code, Section 1344, and fraud and misuse of a U.S. passport card, in violation of Title 18, United States Code, Section 1546, knowing that the means of identification belonged to another person, in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS
(18 U.S.C. § 982)

1. The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(2) and (6).

2. Upon conviction of the offenses charged in Counts One through Six of this Indictment, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense(s), pursuant to Title 18, United States Code, Section 982.

3.    <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

(a)    Cannot be located upon the exercise of due diligence;

(b)    Has been transferred or sold to, or deposited with, a third party;

(c)    Has been placed beyond the jurisdiction of the Court;

(d)    Has been substantially diminished in value; or

(e)    Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

4.    <u>Money Judgment</u>: Upon conviction of violating 18, United States Code, Section 1344 and/or Section 1546, defendant shall be

ordered to pay the United States a sum of money equal to the total amount of proceeds defendant obtained as a result of such violation(s).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/Douglas C. Salzenstein*
Douglas C. Salzenstein
Chief, Homeland Security Unit
Assistant United States Attorney

*s/Louis F. Miezlish*
Louis F. Meizlish
Assistant United States Attorney
Homeland Security Unit

Dated: March 17, 2026

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)¹:

☐ Yes  ☒ No

Case: 2:26-cr-20143
Assigned To : Parker, Linda V.
Referral Judge: Altman, Kimberly G.
Assign. Date : 3/17/2026
Description: IND USA V. SWINT (lh)

**Judge Assigned:**

AUSA's Initials: *L. F. M.*

**Case Title:** USA v.  Dennis James Swint

**County where offense occurred :**  Genesee, Wayne

**Check One;**   ☒ Felony       ☐ Misdemeanor       ☐ Petty

_√_ Indictment/____ Information --- **no** prior complaint.
__ _Indictment/____ Information --- based upon prior complaint                              ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 17, 2026
Date

Louis F. Meizlish
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:(313) 226-9745
Fax:
E-Mail address: Louis.Meizlish@usdoj.gov
Attorney Bar #:

¹ Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16